UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CARMEN PLASCENCIA | ) | CASE NO. 1:19-cv-02046 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE DAVID A. |
| | ) | RUIZ |
| TAPATIAS FOOD LLC, D/B/A | ) | |
| TAPATIA'S TAQUERIA | ) | **JOINT MOTION TO CONTINUE** |
| | ) | **THE CASE MANAGEMENT** |
| Defendant. | ) | **CONFERENCE** |

Plaintiff Carmen Plascencia and Defendant Tapatias Food LLC, d/b/a Tapatia's Taqueria, (hereinafter "the Parties"), hereby respectfully request this Honorable Court continue the Case Management Conference currently scheduled for 9:00 a.m. on December 3, 2019.

The Parties are currently in settlement negotiations and to keep the attorneys' fees down and to avoid the unnecessary use of Court resources, the Parties request that this Honorable Court reschedule the CMC. This extension will permit the Parties to continue settlement discussions without the additional expenses of preparing for the CMC in December.

The Parties are available on the following dates:

- January 16, 2020
- January 17, 2020
- January 23-24, 2020
- January 27, 30-31, 2020

WHEREFORE, the Parties respectfully request that the Court reschedule the CMC to one of the dates that is convenient for the Court and that all counsel are available.

Respectfully submitted,

/s/ Lori M. Griffin
Lori M. Griffin (0085241)
Anthony J. Lazzaro (0077962)
Chastity L. Christy (0076977)

/s/ Thomas M. Horwitz
Thomas M. Horwitz (0062323)
Thomas M. Horwitz Co. LPA
1991 Crocker Road, Suite 600

| | |
|---|---|
| The Lazzaro Law Firm, LLC<br>The Heritage Building, Suite 250<br>34555 Chagrin Blvd.<br>Moreland Hills, Ohio 44022<br>Phone: 216-696-5000<br>Facsimile: 216-696-7005<br>lori@lazzarolawfirm.com<br>anthony@lazzarolawfirm.com<br>chastity@lazzarolawfirm.com | Westlake, Ohio 44145<br>Phone: 440-892-3331<br>Facsimile: 440-848-8501<br>tmh@horwitzlpa.com<br><br>Attorney for Defendant |

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on November 19, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

                                                  /s/ Lori M. Griffin
                                             One of the Attorneys for Plaintiff