UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CARMEN PLASCENCIA | ) | CASE NO. 1:19-cv-02046 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE DAVID A. RUIZ |
| | ) | |
| TAPATIAS FOOD LLC, D/B/A TAPATIA'S TAQUERIA | ) ) | **PRELIMINARY ESTIMATE OF ATTORNEYS' FEES AND COSTS** |
| Defendant. | ) | |

Pursuant to the Court's Case Management Conference Scheduling Order, Plaintiff submits the following Preliminary Estimate of Attorneys' fees and costs:

### INTRODUCTORY STATEMENT

The following attorneys' fees itemization is a preliminary estimate and/or budget of the amount of fees and expenses anticipated to be the subject of Plaintiff's claims. Plaintiff reserves the right to supplement this itemization.

### ATTORNEYS' FEES ITEMIZATION

| **Attorneys' fees** | | **Expenses** | |
|---|---|---|---|
| Preliminary Investigation, Research, and Complaint: | $5,000.00 | Filing Fee: | $400.00 |
| Discovery: | $15,000.00 | Depositions: | $10,000.00 |
| Dispositive Motions Practice: | $30,000.00 | Experts: | n/a |
| Damage Calculations, Settlement Negotiations and Court Approval: | $15,000.00 | Witness Fees: | $1,000.00 |
| | | Other: | $4,000.00 |
| | | **Total Expenses:** | **$15,400.00** |
| Trial: | $60,000.00 | | |
| **Total Fees:** | **$125,000.00** | | |

Respectfully submitted,

/s/ Lori M. Griffin
Lori M. Griffin (0085241)
Chastity L. Christy (0088684)
Anthony J. Lazzaro (0077962)
The Lazzaro Law Firm, LLC
The Heritage Building, Suite 250
34555 Chagrin Boulevard
Moreland Hills, Ohio 44022
Phone: 216-696-5000
Facsimile: 216-696-7005
Lori@lazzarolawfirm.com
chastity@lazzarolawfirm.com
anthony@lazzarolawfirm.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2020, a copy of the foregoing *Plaintiff's Preliminary Estimate of Attorneys' Fees and Costs* was sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

/s/ Lori M. Griffin
One of the Attorneys for Plaintiffs